## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **PATTY OCKEN,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV280 |
| | ) | |
| v. | ) | |
| | ) | |
| **COX COMMUNICATIONS,** | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The Clerk's Office has requested that Document Number 53 be stricken from the record for the following reason:

- Notice of Electronic Filing is missing

**IT IS ORDERED** that the Clerk's Office shall strike Document Number 53 from the record. The document has been re-filed.

DATED this 15th day of July, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge