IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **PATTY OCKEN,** | ) | **8:04CV280** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **COX COMMUNICATIONS, a/k/a** | ) | **ORDER** |
| **COX COMMUNICATIONS OMAHA, LLC** | ) | |
| **and COX BUSINESS SERVICES, LLC.,** | ) | |
| | ) | |
| Defendant. | ) | |

      This matter is before the court on the parties' Motion to Continue Pretrial Conference and Motion *in Limine* Deadline (Filing No. 60). The parties seek an extension of these deadlines to pursue mediation. Upon consideration and for good cause shown,

      **IT IS ORDERED:**

      1. The parties' Motion to Continue Pretrial Conference and Motion *in Limine* Deadline (Filing No. 60) is granted. Paragraphs 4.B. and 6 of the Final Progression Order (Filing No. 19) are amended as set forth below:

      4. **Motions in Limine.**

* * * *

      **B. Any other** motions *in limine* shall be filed not later than **September 16, 2005**.

      6. **The Final Pretrial Conference** with the undersigned magistrate judge is set for **September 26, 2005, at 10:00 a.m.** in chambers, Suite 2271, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The final pretrial conference shall be attended by lead counsel for represented parties. Counsel shall complete prior to the pretrial conference, all items as directed in NECivR 16.2. By the time of

the pretrial conference, full preparation for trial shall have been made so that trial may begin at any time during the session indicated [in the Order at Filing No. 59].

2. The plaintiff shall file a report **on or before September 14, 2005**, informing the court of the result of the mediation scheduled for September 7, 2005.

DATED this 22nd day of August, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge