IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

PATTY OCKEN                                                    PLAINTIFF

    vs.              CASE No. 8:04CV280

COX COMMUNICATIONS                                             DEFENDANT

**<u>ORDER</u>**

    Now on this 19th day of September, 2005, there comes on for consideration the above-styled and numbered cause. In accordance with the Joint Stipulation for Dismissal (#63), and being well and sufficiently advised in the premises, the Court finds that this matter should be and is hereby DISMISSED with prejudice, with each party to bear its own costs and attorneys fees.

    IT IS SO ORDERED.


/S/ *Robert T. Dawson*
    Robert T. Dawson
    United States District Judge

**AO72A**
**(Rev. 8/82)**